07-077-M-01.

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA vs. MACKABEE, DENNIS E | Violation Notice Number(s) N0429628 MY55 | Violation Date(s) 05/08/2006 |
|---|---|---|
| *Defendant.* | DRIVE W/SUSPENDED LIC | **FILED** MAR 0 1 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

06-2733M    FTA 7/12/06

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ __MUST APPEAR__ may be Forfeited in Lieu of Appearance.

Date July 14, 2006

_____
United States Magistrate Judge
HON. THOMAS M DIGIROLAMO

## RETURN

| RECEIVED | DATE 7/14/06 | LOCATION D/DC |
|---|---|---|

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| | DATE 3/01/07 | LOCATION D/DC District Court |
|---|---|---|

Name Fitzgerald, Derrick    Title Deputy U.S. Marshal    District D/DC
Date 3/01/07    Signature _____

**FILED**
MAR 0 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

07-077-M-01.

# United States District Court
## Violation Notice

Violation Number: N 0429629
Officer Name: J. Kaplan
Officer No: 365
CVB Location Code: MY55

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 02508200Y 0931
Offense Charged: ☒ CFR ☐ USC ☐ State Code: 13-404(a)
Place of Offense: 4251 Suitland Rd, Washington DC
Offense Description: Fail to display reg. card on demand

### DEFENDANT INFORMATION
Last Name: MACKNABEE
First Name: Devonis
MI: E
Phone: (202) 391-3969
Street Address: [illegible]
City: DC
State: DC
Date of Birth: [illegible]
Drivers License No: [illegible]
Sex: ☒ Male ☐ Female
Adult ☐ Juvenile
Social Security No: [illegible]

### VEHICLE DESCRIPTION
Tag No: [illegible]
State: MD
Year: 07
Make/Model: Honda
Hair: Blk
Eyes: Brn
Height: 5-10
Weight: 165
Color: Red

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

PAY THIS AMOUNT → $
Forfeiture Amount
+ $25 Processing Fee
Total Collateral Due

YOUR COURT DATE
Court Address: [illegible]
Date (mm/dd/yyyy)
Time (hh:mm)

X Defendant Signature: [signature]

Original CVB Copy

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08/04/06, 20___, while exercising my duties as a law enforcement officer in the PG District of MD

On 0922 hrs Devonis Macknabee drove onto the public carpound with a suspended tag. I asked for the Registration on the vehicle he stated there isn't one. I then issued him a ticket for failure to display registration card on demand.

☒ The foregoing statement is based upon
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 05/04/2006
Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant

Executed on _____
U.S. Magistrate Judge

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08 MAY 06 20__ while exercising my duties as a law enforcement officer in the _D.C._ District of _MD_

At 0922 hrs, Dennis Mackabee drove on to the NMCC compound and presented me with a Washington DC ID card. I then asked him for a valid drivers lic which he stated that he hadn't. I charged his ID yet. Found his information ran through NCIC which returned back that he was suspended. I then issued a ticket for driving on a suspended lic.

The foregoing statement is based upon

☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on  05/05/2006    /s/ J. March
              Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____    _____
              Date (mm/dd/yyyy)   US Magistrate Judge

CVB Scan 5/16/2006 12:02:28

---

**United States District Court**
**Violation Notice**

CVB Location Code: M455
Violation Number: N 0429628
Officer Name (Print): J. MARCH
Officer No: 365

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 05/05/2006 0922
Offense Charged: ☐ CFR ☒ USC ☐ State Code   16-30(c)
Place of Offense: 4251 Suitland Rd Washington DC
Offense Description: Driving on Suspended Lic

**DEFENDANT INFORMATION**
Phone: (202) 391-3459
Last Name: MACKABEE   First Name: Dennis
Street Address:
City:   State:   Zip Code:
Date of Birth: ___ 1A1
Drivers License No: 1600045   DL State: DC   Social Security No:
☒ Adult ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BLK   Eyes: BRN   Hgt: 5-10   Wgt: 165

**VEHICLE DESCRIPTION VIN:**
Tag No: LA5433   State: MD   Year: 09   Make/Model: Honda   Color: Red

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: _____   Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My Signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: /s/ D. Mackabee

Original: CVB Copy